IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADERICK A. INGRAM,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No.: 12-3038 JSC<br><br>**ORDER CERTIFYING THE REVOCATION OF PLAINTIFF'S *IN FORMA PAUPERIS* STATUS** |

The Court is in receipt of a referral notice from the Ninth Circuit regarding Plaintiff's *in forma pauperis* status for pending Case. No. 12-16787. (Dkt. No. 19.) After dismissing Plaintiff's complaint with prejudice pursuant to 28 U.S.C. § 1915, the Court issued a Judgment against Plaintiff. The Judgment itself certified that any appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). (Dkt. No. 13.) Plaintiff's *in forma pauperis* designation was thus revoked, and his subsequent application to proceed *in forma pauperis* was denied as moot. (Dkt. No. 17.)

      **IT IS SO ORDERED.**

Dated: September 7, 2012

                                                                      _____<br>
                                                                         JACQUELINE SCOTT CORLEY<br>
                                                                            UNITED STATES MAGISTRATE JUDGE